## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MARYA ROXANA ALVILLAR,**<br>    **Plaintiff,** | §<br>§<br>§ | |
| **v.** | §<br>§<br>§ | **EP-23-CV-00263-DB** |
| **ANTONY JOHN BLINKEN, IN HIS**<br>**OFFICIAL CAPACITY AS**<br>**SECRETARY, UNITED STATES**<br>**DEPARTMENT OF STATE,**<br>    **Defendant.** | §<br>§<br>§<br>§<br>§ | |

### FINAL JUDGMENT

On December 6, 2024, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending claims, if any, are **DENIED** as moot.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

SIGNED this _6th_ day of ~~November~~ DEC. 2024.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE